# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0138
LT Case No. 16-2014-CF-3823-A

_____

DONALD GOINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Donald Goins, Wewahitchka, pro se.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

July 15, 2025

PER CURIAM.

AFFIRMED. *See Frumenti v. State*, 885 So. 2d 924, 925 (Fla. 5th DCA 2004).

EISNAUGLE, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____